**FILED**

JAN 2 2 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BALTAZAR FITCH,

    Defendant.

Case No. 16 cr 123-BAS

I N F O R M A T I O N

Title 18, U.S.C., Sec. 5322 – Willful Violation of the Bank Secrecy Act through Failure to Maintain an Effective Anti-Money Laundering Program under Title 31, United States Code, Section 5318(h) and 5322; Title 18, United States Code, Section 2

The United States Attorney charges:

Between no later than 2012 and continuing through 2013, within the Southern District of California and elsewhere, defendant BALTAZAR FITCH willfully violated Title 31, United States Code, Section 5318(h) and the regulations prescribed thereunder, specifically, Title 31, Code of Federal Regulations, Section 1022.210, related to various money transmitting businesses, which were all operating under Defendant's direction, control, and ownership as domestic financial institutions and money transmitting businesses, by failing to develop, implement, and maintain an effective anti-money laundering program all in violation of Title 31, United States Code, Sections 5318(h) and 5322, and Title 18, United States Code, Section 2.

DATED: 1/22/16

LAURA E. DUFFY
United States Attorney

s/ Daniel C. Silva
Daniel C. Silva
Assistant U.S. Attorney